CATHERINE MONOCK, as Administratrix of the Estate of JOHN J. MONOCK, JR., Deceased, Respondent, *v.* THE GRASSELLI CHEMICAL COMPANY et al., Defendants. In the Matter of EARL C. BERGER, Appellant.

(Argued May 21, 1935; decided June 4, 1935.)

*Earl C. Berger*, in person, and *Christy George Peters* for appellant.

*J. Irving Weissman* for respondent.

Appeal dismissed, with costs. The order appealed from is not a final order in a special proceeding. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.